**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY RIOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GYMBOREE CORPORATION, a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-09398-AB-AFM<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

1  The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant
2  to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses
3  without prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall
4  bear its own costs and attorneys' fees.

5  IT IS SO ORDERED.

7  DATED: January 10, 2018

_____
The Honorable André Birotte Jr.
United States District Court Judge